FILED

08/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0383

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0383

SAMANTHA VULLES, SHERI
ESTENSON, ET AL
*Plaintiffs/Appellants,*

v.

THIES & TALLE MANAGEMENT, INC.,
THIES & TALLE ENTERPRISES, INC.,
ALMANOR INVESTORS LIMITED
PARTNERSHIP
and JOHN DOES 1-4,
*Defendants/Appellee.*

{Proposed} ORDER.

Appellants have filed a motion for extension of time for filing their opening brief, stating there is a mediation conference to be held on September 21, 2023. Due to the scheduling of the mediation conference, The Court hereby Grants Appellants request for an extension of time to file their opening brief to October 23, 2023. pending the outcome of the mediation conference recently scheduled.

IT IS SO ORDERD.

**ORDER**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 29 2023